**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: K.L., A MINOR    :   No. 204 EAL 2018
                                                :
                                                :
PETITION OF: R.B.-P., GUARDIAN      :   Petition for Allowance of Appeal from
                                                :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.